# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY | CASE NO: 5:14−cv−01533−MMM−JEM |
| Plaintiff(s), | |
| v. | ORDER DISMISSING CIVIL ACTION |
| WHIRLPOOL CORPORATION, et al. | |
| Defendant(s). | |

THE COURT having been advised by counsel that the above−entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days**, to re−open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

Dated: April 24, 2015

*Margaret M. Morrow*

Margaret M. Morrow
United States District Judge

−1−